UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY REED,

    Petitioner,

vs.

MICHAEL D. McDONALD, Warden

    Respondent.

No. C- 08-5292 MHP

**ORDER DISMISSING PETITION**

    On September 3, 2010 this court granted one last extension of time for the filing of an amended habeas petition. Time was extended to September 30, 2010. *See* Dkt. No. 13 filed September 3, 2010. That was the last document filed in this action. No amended petition was filed nor was there any filing or further response by petitioner. Therefore, for the reasons stated in that order, advising that failure to timely file would result in dismissal of the action, and the record referred to herein,

    IT IS HEREBY ORDERED that the petition in this action is DISMISSED for lack of prosecution.

Dated: May 12, 2011

MARILYN HALL PATEL
United States District Judge